June 18, 2010

Mr. Michael A. Choyke
Wright Brown & Close, LLP
Three Riverway, Suite 600
Houston, TX 77056
Mr. Daniel Clark McCrory
Assistant District Attorney
1201 Franklin, 6th Floor
Houston, TX 77002

RE: Case Number: 08-1044
 Court of Appeals Number: 01-07-00274-CV
 Trial Court Number: 2007-00622J

Style: IN THE MATTER OF B.W.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. M. Karinne |
| |McCullough |
| |Mr. Loren Jackson |
| |Ms. Karen Anne Clark |